UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00442-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. OSCAR ELISEO TERRIQUEZ-CERVANTES, a/k/a Oscar Eliseo Terriqez,

 Defendant.
_____

**ORDER**
_____

 This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Friday, December 21, 2007,** and responses to these motions shall be filed by **Friday, January 4, 2008.** It is

 FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, January 16, 2008, at 4:00 p.m. in courtroom A-1002** It is

 FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, January 28, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: November 28, 2007

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge